**Motion granted; Order filed, January 10, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00162-CV

———————

## IRMA G. GALVAN, Appellant

## V.

## ROSE B. GARCIA, INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF RICHARD S. BARBOZA, DECEASED, Appellee

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2009-58820**

## ORDER

The reporter's record in this case was due **October 27, 2016**. *See* Tex. R. App. P. 35.1. On November 21, 2016, this court ordered the court reporter to file the record within 30 days. On November 30, 2016, Gina Wilburn, the official court reporter, sought an extension of time in which to file the reporter's record. The motion is granted, and we issue the following order.

We order **Gina Wilburn**, the official court reporter, to file the record in this appeal on or before **January 17, 2017**. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Wilburn** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM